IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GEORGE DALE, Commissioner of Insurance for the
State of Mississippi, in his official capacity as Liquidator of
FRANKLIN PROTECTIVE LIFE INSURANCE
COMPANY, FAMILY GUARANTY LIFE INSURANCE
COMPANY, and FIRST NATIONAL LIFE INSURANCE
COMPANY OF AMERICA, *et al.*                                             **PLAINTIFFS**

V.                             **CIVIL ACTION NO. 3:00-CV-359-TSL-JCS**

ALA ACQUISITIONS I, INC., *et al.*                                          **DEFENDANTS**

## ORDER

Pursuant to Rule 17(a), Fed. R. Civ. P., Plaintiffs have moved to substitute (1) Leslie A. Newman for Paula A. Flowers as the Plaintiff-Receiver of Franklin American Life Insurance Company and (2) Douglas M. Ommen for W. Dale Finke as the Plaintiff-Receiver of International Financial Services Life Insurance Company.

Upon due consideration, the Motion is GRANTED.

It is SO ORDERED.

This _28th_ day of February, 2007.

                         _s/ James C. Sumner_____
                         UNITED STATES MAGISTRATE JUDGE